■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL DIXON, Appellant.—Judgment, Supreme Court, Bronx County (Burton Roberts, J.), rendered on September 26, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES JAMES, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on April 28, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and

agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.